IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KALIM A. R. MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-CV-00071-RAH |
| | ) | |
| PUBLIX SUPERMARKETS, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 21, 2024, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 19.) The Magistrate Judge recommended dismissal without prejudice and without further opportunity to amend because Plaintiff Kalim A. R. Muhammad "fails to establish that this Court has jurisdiction over his dispute and, alternatively, because his amended complaint is a shotgun pleading and fails to meet federal pleading standards[.]" (*Id.* at 9.)

To the extent that the Magistrate Judge recommends dismissal because the amended complaint is a shotgun pleading and fails to meet federal pleading standards, the Court agrees. Furthermore, as discussed in the Recommendation, dismissal is appropriate based on the Plaintiff's failure to comply with the directives of the July 19, 2024, Order (doc. 14) to file a second amended complaint in compliance with federal pleading standards.

Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. To the extent that the Magistrate Judge alternatively recommends dismissal of the case based on the Plaintiff's failure to comply with this Court's order and

    because the amended complaint is a shotgun pleading which fails to meet federal pleading standards, the Recommendation (doc. 19) is ADOPTED;

2. This case is DISMISSED without prejudice and without further opportunity to amend; and

3. Plaintiff is DIRECTED to retrieve his unissued service packets from the Clerk's Office.

DONE, on this the 11th day of September 2024.

                              R. AUSTIN HUFFAKER, JR.
                              UNITED STATES DISTRICT JUDGE